**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GREGORY MOTT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-02563** |
| **RONNIE WALTON, et al.** | **SECTION: "T"(4)** |

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 82), and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Sanctions for Spoliation of Evidence (R. Doc. 52) is DENIED.

New Orleans, Louisiana, this 14th day of September, 2026.

GREG G. GUIDRY
UNITED STATES DISTRICT JUDGE